```
BENJAMIN B. WAGNER
United States Attorney
Elana S. Landau
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE GONZALEZ ZALZAR, et al<br><br>            Defendant. | CASE NO. 11-CR-353 AWI<br><br><br>STIPULATION AND<br>ORDER TO EXCLUDE TIME |

The parties request that the jury trial in this case be continued from FEBRUARY 20, 2013 to APRIL 16, 2013 at 8:30a.m.. They stipulate that the time between FEBRUARY 20, 2013 and APRIL 16, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties have been attempting to resolve the case through plea negotiations and proffers. Due to the face that the attorney for the government has been engaged in trial preparation for a trial

1

1 that is anticipated to last through early February, the parties
2 have been unable to effectively negotiate and/or arrange
3 proffers.  The parties stipulate and agree that the interests of
4 justice served by granting this continuance outweigh the best
5 interests of the public and the defendant in a speedy trial.  18
6 U.S.C. § 3161(h)(7)(A).

7     Pursuant to Rule 12(c), the parties stipulate and agree that
8 any motions *in limine* will be filed by March 4, 2013, with
9 responses due by March 18, 2013.  The parties stipulate that a
10 trial confirmation and hearing on the motions *in limine* shall be
11 held on April 1, 2013 at 10:00a.m.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: January 17, 2013       By:   /s/ Elana S. Landau
                                   ELANA S. LANDAU
                                   Assistant U.S. Attorney


DATE: January 17, 2013              /s/ Kelsey Mezzanatto
                                   KELSEY MEZZANATTO
                                   Attorney for Defendant Munoz


DATE: January 17, 2013              /s/ Eric K. Fogderude
                                   ERIC K. FOGDERUDE
                                   Attorney for Defendant Jimenez


DATE: January 17, 2013              /s/ Nicholas Reyes
                                   NICHOLAS REYES
                                   Attorney for Defendant
                                   Aguilar-Reyes


DATE: January 17, 2013              /s/ David A. Torres
                                   DAVID A. TORRES
                                   Attorney for Defendant
                                   Israel Martin Del Campo

**ORDER**

IT IS SO ORDERED.

Dated:   January 17, 2013

_____
SENIOR DISTRICT JUDGE