NICHOLAS F. REYES, #102114
Law Offices of Nicholas F. Reyes
1107 R Street
Fresno, CA  93721
Telephone:  (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
Alli Reyes Aguilar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:11-CR-353-AWI |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING OF ALLI REYES AGUILAR |
| v. | |
| ALLI REYES AGUILAR | |
| Defendant. | |

Defendant, ALLI REYES AGUILAR, by and through counsel Nicholas F. Reyes, and the UNITED STATES OF AMERICA, by and through Assistant United States Attorney Melanie Alsworth, hereby stipulate to advance the sentencing for defendant to Monday, October 28, 2013 at 10:00 a.m. from Monday, November 18, 2013.

IT IS SO STIPULATED


DATED: October 24, 2013.

　　　　　　　　　　　　　　　　/s/ Melanie Alsworth
　　　　　　　　　　　　　　　　MELANIE ALSWORTH
　　　　　　　　　　　　　　　　Assistant United States Attorney

1

DATED: October 24, 2013

/s/ Nicholas Reyes
NICHOLAS F. REYES
Counsel for Alli Reyes Aguilar

**O R D E R**

IT IS SO ORDERED.

Dated:  October 25, 2013

_____
SENIOR  DISTRICT  JUDGE

2