NICHOLAS F. REYES, #102114
Law Offices of Nicholas F. Reyes
1107 R Street
Fresno, CA  93721
Telephone:  (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
Alli Reyes Aguilar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:11-CR-353-AWI |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING OF ALLI REYES AGUILAR |
| v. | |
| ALLI REYES AGUILAR | |
| Defendant. | |

Defendant, ALLI REYES AGUILAR, by and through counsel Nicholas F. Reyes, and the

UNITED STATES OF AMERICA, by and through Assistant United States Attorney Melanie

Alsworth, hereby stipulate to advance the sentencing for defendant to Monday, October 28, 2013 at

10:00 a.m. from Monday, November 18, 2013.

IT IS SO STIPULATED

DATED:  October 24, 2013.

                              /s/ Melanie Alsworth
                              MELANIE ALSWORTH
                              Assistant United States Attorney

1

1    DATED:  October 24, 2013

2                                                          /s/ Nicholas Reyes
                                                          NICHOLAS F. REYES
3                                                          Counsel for Alli Reyes Aguilar

4

5

6
                                                    **O R D E R**
7

8
     IT IS SO ORDERED.
9
     Dated:   October 25, 2013
10                                                          _____
                                                          SENIOR  DISTRICT  JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2